## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| DR. JAMES DOBSON FAMILY INSTITUTE and USATRANSFORM dba UNITED IN PURPOSE<br><br>*Plaintiffs,*<br><br>v.<br><br>CHARLOTTE BURROWS, Chair of the United States Equal Employment Opportunity Commission; and UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, XAVIER BECERRA, Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br><br><br>*Defendants.* | No. _____ |

## DECLARATION OF DR. OWEN STRACHAN

I, Dr. Owen Strachan, declare under penalty of perjury as follows

      1. The following statements are based on my personal knowledge, and if called to testify, I could swear thereto.

      2.     I am over 18 years of age and of sound mind.

      3.     I am a citizen of the United States and an Evangelical Christian theologian and ethicist.

      4.     I serve as the Senior Director of the Dobson Culture Center which is an operating department of the Dr. James Dobson Family Institute ("JDFI").

Exhibit B

5.      I hold a Ph.D. in Historical Theology from Trinity Evangelical Divinity School, a M.Div. in Biblical & Theological Studies from The Southern Baptist Theological Seminary, and a baccalaureate degree in history from Bowdoin College. I have served on the faculty and taught theology at Midwestern Baptist Theological Seminary ("MBTS"), Grace Bible Theological Seminary, and The Southern Baptist Theological Seminary, and I served as Provost of Grace Bible Theological Seminary.  I am also the former president of the Council on Biblical Manhood & Womanhood and the former director of The Center for Public Theology at MBTS.

6.      I am also the author of several books including:  *Reenchanting Humanity: A Theology of Mankind*, *The Pastor as Public Theologian: Reclaiming a Lost Vision* (with Kevin Vanhoozer), *The War on Men,* and *Christianity and Wokeness: How the Social Justice Movement is Hijacking the Gospel--and the Way to Stop It.*

7.      JDFI is a nonprofit evangelical organization with over thirty employees.

8.      As an evangelical theologian and ethicist, it is my duty to provide moral and theological guidance for Christians. In doing so, I do not stand upon my own opinions, but rather anchor my feet upon the solid rock of the Word of God (1 Thessalonians 2:13). The Bible is the once-for-all authority given by God to the world so that fallen creatures like us may know the mind and will of God.

9.      The Bible is the book God has written, and the creation is the order God has made. The Bible and creation overlap perfectly. At no place does the created order counter or reverse what God has taught in Scripture. This includes but is not limited to the design and right function of the human person. God himself formed the man from the dust (Genesis 2:7) and the woman from the man's rib, uniting them in marriage (Genesis 2:21-25). The human race is thus made in the image of God (Genesis 1:26-28), and consists of two sexes: male and female.

1

Exhibit B

10.     The bodies of men and women represent this creational design. In the Bible, there is no daylight between one's body and one's identity. A person with a male body (with male genitalia) is a man. A person with a female body (with female genitalia) is a woman. One's perception of one's body is not the determining factor in elucidating personal identity. The body itself witnesses to God's design and intent for living life for his glory as a man or a woman. In this way, what is natural reflects what is spiritual.

11.     In terms of genetics, we may freely confess that the divine design of our bodies is not merely anatomical, but chromosomal. At the genetic level, normatively and by design, men have an XY chromosome, and women have an XX chromosome. This does not owe to random evolutionary events, but to the hand of God. God has programmed us down to the most elemental detail as either men or women.

12.     In the real historical fall of humanity as recorded in Genesis 3:1-7, the creational order described above is subverted. A snake, a creeping thing inhabited by Satan, takes dominion over the woman, who is left unprotected by the man. Thus, free to carry out his evil assault, Satan assaults the good order made by God even as he blasphemes God himself. Satan denied numerous doctrines in tempting the woman: 1) he denied *the doctrine of revelation* ("Did God actually say?"), 2) he denied *the doctrine of God's goodness* ("he knows that your eyes will be opened"), 3) he denied *the doctrine of man's creatureliness* ("you will be like God"), and 4) he denied *the doctrine of sin unto judgment* ("You will not surely die!").

13.     Satan's temptation of Eve was a theological attack on God's character and God's design. It led to the eating of the forbidden fruit, unleashing all manner of wickedness in the world. God judged this sin (Genesis 3:15-19), pronouncing sentence upon the serpent, the

2

Exhibit B

woman, and the man, even as he promised the triumphant advent of a head-crushing warrior figure who would suffer a devastating heel blow (Genesis 3:15).

14.    As a result of these real historical events, humanity must contend with all manner of evil in our world. The people of God have nothing less than a call from God to stand against the works of darkness, which oppose the character and design of God in all respects (Ephesians 5:11). These evil works will not merely manifest as momentary infractions against God's will, however; they proceed from a sinful heart and a fallen nature, cohering in a fallen world now ruled by darkness, and thus take shape in whole systems of thought and behavior.

15.    These "godless ideologies," as the apostle Paul calls them, seek to take sinners captive through mind-capture and heart-enslavement, necessitating both ever-refreshing awareness of cultural thought on the part of believers and a dogged stand against such wickedness in every generation (Colossians 2:8; 2 Corinthians 10:3-6). Ultimately, the Christian says "no" to such systems, but "yes" to Jesus Christ, the Savior, Lord, and chief treasure of his people, for Christ is leading a new exodus out of the world of death into the world of love, the place where God dwells, called the new heavens and new earth in Scripture (Revelation 21:1).

16.    There is in this era a massively influential worldview that we can call "authoritarian neo-paganism" (ANP). This is a loosely coherent vision of life culled from various influences that, in aggregate, sees man as his own little god, humanity as subject to no master but our own desires and predilections and "true selves," sexuality as the core marker of one's being, unborn children as mere womb tissue, marriage as a temporary statement of common pursuit of personal pleasure (liable to dissolve whenever said pleasure dissipates), the family as a loose agglomeration of individuals without teleological shape, society as a mechanism for affirming the desires of self-sovereign persons who respect no nation but their own tribe, the church as an

3

Exhibit B

instrument of systemic discrimination against minorities of most any kind, and the divine being as an imaginary talisman of violence, patriarchal repression, fearmongering, and injustice.

17.     The "authoritarian" element of the label above flows from the modern desire to enforce its vision of sexuality and identity on others. Though this movement often speaks in the dulcet tones of tolerance and inclusivity concerning public morality, it often seeks to bind society to its vision and punish any who dare dissent with severe consequences. This is evident in HHS's regulation requiring employer health plan coverage of abortion and so-called gender-affirming care, in EEOC's regulation requiring employer accommodation of abortion and immoral infertility treatments, in EEOC's guidance requiring employers to grant access to bathrooms and other single-sex spaces by those of the opposite sex, and in HHS's and EEOC's imposition of a speech code drenched with gender ideology.  Such rules crush the liberty that accords with creation order as defined by God and reflected in nature.

18.     In response to ANP, the people of God stand upon the Word of God and offer the world a biblical vision of creation. In this biblical worldview, God is a good God, humanity is made in his image, salvation is generously offered to all sinners, the creation order yields flourishing when followed by faith, obedience to the divine will and design is the church's joyful calling, marriage is between one man and one woman for life (as codified by God), fathers and mothers represent a loving instantiation of authority, the family has a definite design with parents raising children in loving attentiveness, the church exists to make and strengthen disciples of Jesus Christ, the state is God's instrument to reward good and punish evil, and God is bringing all things to their rightful end.

19.     In the biblical worldview, the people of God oppose the sacrificing of children. Abortion through "medical means" may be relatively new, but adults killing their babies is not.

Exhibit B

Ancient Israel was tempted to sacrifice their children to Molech, for example, as the Levitical code expressly forbids (Leviticus 20:2-5). The Scripture denounces this evil, which occasioned God's judgment of the Israelite nation, leading to the Babylonian captivity in the Old Testament (Jeremiah 32:35-36).

20.    In the biblical worldview, Christ's church stands for a "pro-life" ethic. Christians love life, including the gift of children. This is because every human person is "fearfully and wonderfully made" according to Psalm 139:14. Because of this biblical teaching, Christians believe in the *intrinsic dignity* of every person, for all humanity is made in God's image. This counters a vision of *extrinsic dignity*, a secular (or non-Christian) conception of human life. In this system, a given person is valued based on what they contribute or confer on others. Biblical Christianity teaches that every person is an image-bearer, and thus possesses God-given dignity, worth, and purpose that no man can take away.

21.    In the biblical worldview, the people of God honor procreation as God designed it (Genesis 4:1). For this reason, reproductive technologies like in-vitro fertilization (IVF) pose major challenges to the Christian ethic. IVF allows for the creation of children outside the natural design of God, enabling human beings to come into existence in laboratory test tubes rather than through sexual procreation. Further, IVF often entails the loss of human life, as numerous fertilized eggs are created by medical professionals through technological (non-procreative) means, some of which will never be implanted in a woman's womb, leading to their death. Other fertilized eggs are implanted but do not become viable. In short, IVF is a deeply troubling process; it is not God's appointed means of generating human life and should not be treated as such.

Exhibit B

22.    In the biblical worldview, parents teach children about the goodness of their God-given body. Under modern gender ideology, children are taught that their "gender identity" can be distinct from their anatomy. When this occurs, they are told that they may find happiness and wholeness in changing their anatomy to fit their gender identity, a process involving the use of puberty blockers, cross-sex hormones, and surgery to remove genitalia or to form a simulacra of genitalia.

23.    But Scripture will not allow any such changing of the body. The body is not an impediment to one's true self; the body is the gift of God. The testimony of Genesis signals God's direct action in forming men and women: "Male and female he made them," a declaration honored by Jesus in his day (Genesis 1:27; Matthew 19:5). In biblical thinking, the body is not distinct from one's personal identity; the body *constitutes* one's divinely mandated identity. For this reason, the people of God oppose what is called "gender-affirming care."

24.    It is sadly true that children do sometimes experience "gender dysphoria." Boys feel like they are truly girls (and vice versa), but this is not sound feeling or thinking. It owes to the fall or mental illness, not God's will. So, too, does the condition sometimes ambiguously (and unhelpfully) called "inter-sex" owe, tragically, to the fall. When a child is born with the genitalia of both men and women, this does not represent a new "gender" in any positive sense. This condition, honestly called a "Disorder of Sexual Development" per biblical ethics, is a marring of the body. When it occurs, the child—the sufferer—should not live in asexual chaos, but should be identified as a boy or girl at the chromosomal level, and raised accordingly.

25.    Therefore, Christians conclude that it is not "caring" to encourage children to change their bodies to fit a perceived "gender identity." Such action goes against the fixed nature of the body and also reflects an unwise rejection of the commonly known principle that children

Exhibit B

need time to understand their personal identity. True care of children helps children to embrace the goodness of God's design of their body, not countermand it. Outward presentation, clothing, dress, and comportment are bound up with this truth. Said simply, according to the Bible, men should look like men, and women should look like women (Deuteronomy 22:5).

26.    Biblical and compassionate care of people affected by sin honors this scriptural principle. Such care is thus not unloving; as covered below, it is deeply loving and consonant with the character of the Savior who called the little children to himself, affirming their God-given dignity in a historical context that often failed to do so (Matthew 18:1-6).

27.    The people of God oppose the violation of single-sex spaces, including women-only facilities and activities. In Scripture, men are to treasure and honor women. This has special and initial reference to a husband with his wife; a man is to hear his wife, listen to her well, and live with her in an understanding way (1 Peter 3:7). A man is to see himself as the God-appointed protector of his wife, nourishing and cherishing her as his greatest earthly blessing (Ephesians 5:22-33).

28.    By extension of these duties, men do not compromise the privacy and dignity of women. They treasure and protect women. They do not enter public places where women are using the restroom or changing their clothes; they stay out of such areas, and prevent other men from entering them. They avoid what the New Testament calls *porneia*, a term that includes sexualized behavior of most any kind toward a person who is not one's spouse (1 Corinthians 6:13). Christians are told that "there must not even be a hint" of such fleshliness among God's people (Ephesians 5:3). This includes, but is not limited to, men in the restrooms and changing rooms of women.

29.     The principles mapped above, of respect for women's spaces and self-sacrificial protection on the part of husbands for wives, can reasonably be extended to the matter of young men playing young women's sports. According to scientific research, men on average have 50-60% more upper-body strength than women, and between 2000-3000% more testosterone than women. By empirical metrics, men run faster than women, hit harder than women, and have considerably greater muscle mass than women.

30.     It thus accords with both God's design and "common sense" based on reason to keep men out of women's sports. This is not unloving; this is loving to women. The tyranny of the minority must not be allowed to flower in our civilization; while some men do experience "gender dysphoria" and wish to play sports among women, this is unjust, dangerous, and injurious to the unique dignity of women.

31.     The people of God oppose speech codes based in unsound gender ideology. We do so despite being told that we are not "loving our neighbor" unless we use—for example—the "preferred pronouns" of a given individual. Before we speak to this directly, we do well to define love. In the biblical mind, it is not loving to live in falsehood and lead others to do the same. Love, Paul said, "rejoices in the truth" (1 Corinthians 13:6).

32.     We are thus dealing with different—and polar-opposite—definitions of love today. Cultural love means effectively *doing what our neighbor wants*. Biblical love, by contrast, means *doing what is good for our neighbor*. One's next-door neighbor may want affirmation in letting children play in the middle of a busy street, but such affirmation is not loving, whatever one's motives. So, too, with the cultural call to "love neighbor" by affirming our neighbor's neo-pagan sexual ethic and self-identity.

Exhibit B

33.     For these reasons, the church cannot be constrained under penalty to use pronouns for a given person that represents a lie. Doing so does not honor God's good design (as spelled out above); doing so, further, is not loving (for such usage violates the truth). Christians are a people of truth and cannot follow any other way.

34.     Nor can they alter what God has made. We have considered this in several categories, but we must also apply it to marriage. While a given nation may recognize different forms of marriage outside of the biblical design (one man in covenantal union with one woman), the church cannot do so. We have no authority to take such a step. It was the Lord God, not any person, who made marriage. Genesis 2 depicts the first marriage ceremony; Jesus honors biblical marriage in Matthew 19; the book of Revelation shows the wedding of Christ to his bride, his blood-bought people (Revelation 21).

35.     Marriage is fixed by God. Like manhood, womanhood, the family, and the *imago dei*, this design for human flourishing is defined by God and handed down in Scripture. While our culture presses us to embrace alternative visions of creation order, we can do no such thing. What God has shut, we cannot open; what God has opened, we cannot shut (Revelation 3:7). God has set his seal upon the world, the human person, and all moral human institutions. We have no authority to scratch out this seal. Our culture may feel unburdened by divine fiat and unchained from divine design, but we know no such "liberation."

36.     So, too, is sex designed by God. Sex is given to humanity as a common-grace gift for the covenant of marriage. The physical union of a husband and a wife depicts their spiritual unity; they are "one flesh" (Genesis 2:24). This vision of sex contrasts greatly with a non-Christian vision of sex, one that is, in truth, not new but ancient. In the Old Testament, for example, the Canaanites practiced diverse sexual activities, seeing such behavior as not only

permissible but religious. Shrine prostitution, homosexuality, bestiality, sex with children, and even orgies represented acts of worship to Canaanite deities per these people. Nowhere does the Old Testament—or the New Testament—accommodate such debauchery.

37.    We are those who know the goodness of God. This is not a choose-your-own-adventure theology in which we do whatever we want while a benevolent grandfather in the sky gives us anything we desire. We Christians are sinners who were bought with a price, even death on a Roman cross. We live under earthly rulers now, gladly submitting to them as much as we can per biblical mandate, but we are following a king, the greater David. His name is Jesus Christ, and he is leading a new exodus toward the new Jerusalem. We do not follow the true king out of rote duty or bloodless inclination; we follow Christ out of love and obey him in all things because doing so is one of the strongest demonstrations of love.

38.    In stating all these things, lastly, we do so not because we hate any man, including those who champion *authoritarian neo-paganism*. We do not hate them. We love them as our neighbors, fellow sinners all, who deserve and need our moral witness (see Ephesians 4:15). Without faith and repentance in the name of Christ, after all, we will all perish for eternity, knowing only the judgment of the divine. We are no better than any sinner, even the most pagan ideologue, but are ourselves the fallen of the earth redeemed by the God of the cosmos.

39.    For their sake, and ultimately for the glory of our God, we declare the differences between truth and falsehood, right and wrong, good and evil, and salvation and damnation. From our study of Scripture, we know that we stand in a long line of faithfulness, men and women like Joseph, Moses, Esther, David, Daniel, John, and preeminently Christ, who promoted God's grace and truth in a world of lies (John 1:14, 17). This we do in our own day.

40.    For these reasons, we cannot go against the biblical witness and violate our God-given conscience. When it is demanded that we honor godless codes, we stand with the apostles and declare that we must obey God rather than men (Acts 5:29). Further, we Christians stand for a public square that honors religious liberty, human dignity, the rights of conscience, and the existence of God.

41.    In this light, we confess without reservation that our heavenly citizenship is always foremost for us. However, this does not mean that our earthly citizenship is of no account to Christians. The apostle Paul, for example, drew in his later missionary work on the privileges of his Roman citizenship to avoid flogging (Acts 22:22-29) and appeal for a fair trial before Caesar (Acts 25:11).

42.    Paul did not detach himself from being a Roman, then. He lived as a productive citizen, making use of his societal background to pursue the things of God. He did not let evil claim him without a fight; he did not live by lies. So, too, as modern Christians in America, we seek the good of our country, honoring God's common-grace gifts of government and civilization while working to preserve and promote what is good in them per our commission as the "salt" and "light" of the earth (Matthew 5:13-16).

43.     In general terms, Christians do not try to expunge unbelievers from the earth. We pray for righteous rulers, good laws, and stable communities, and we do what we can to advance goodness in our civilization (Matthew 22:21; Romans 13:1-7; 1 Timothy 2:1-5). We know that logic, reason, conscience, and what is often called "common sense" is fully on the side of Scripture and should be employed as good common-grace gifts of God. We want such gifts to operate in our own private lives but also in our communities and the nation more broadly. In a moral sense, we do not "keep two books," then; we want for our neighbor what we want for ourselves.

44.     But our primary tool is the proclamation of the Word and gospel. These are not lesser instruments but are labeled "weapons" of spiritual warfare with divine power to destroy ideological strongholds (2 Corinthians 10:3-6). Therefore, like Paul in Athens, we see idolatry and godless ideologies in operation all around us and seek to persuade fellow sinners of the greatness and goodness of Christ (Acts 17:16-34).

45.     In sum, as the church of God, we depend upon the grace of God to love our neighbor, live as salt and light, and champion what is good while standing against what is evil.

46.     Our hope is not in our own efforts but in God, who will soon raise "the quick and the dead" (1 Peter 4:5). One day, we will all appear before him, and he will open the books of his justice, and no further cry against his perfect wisdom will be heard, nor any charge of wrongdoing on his part.

47.     Until that day, we entrust ourselves to the judge who judges justly (1 Peter 2:23).

Owen Strachan, Ph.D.                    10-15-24

12

**SIXTH AMENDED AND RESTATED BYLAWS**
**OF**
**DR. JAMES DOBSON FAMILY INSTITUTE**

(A California Nonprofit Religious Corporation)

Adopted February 24, 2023

## Table of Contents

ARTICLE I STATEMENT OF PURPOSE ................................................................................................. 1

ARTICLE II STATEMENT OF FAITH ..................................................................................................... 1

ARTICLE III DIRECTORS ......................................................................................................................... 1

| | | |
|---|---|---|
| 3.1. | Powers | 1 |
| 3.2. | Removal of Founding Chairman and President | 2 |
| 3.3. | Classes | 2 |
| 3.4. | Number | 2 |
| 3.5. | Qualifications | 2 |
| 3.6. | Independence | 2 |
| 3.7. | Election and Term of Office | 3 |
| 3.8. | Removal and Vacancies | 3 |
| 3.9. | Place of Meeting | 3 |
| 3.10. | Annual Meetings | 3 |
| 3.11. | Other Regular Meetings | 3 |
| 3.12. | Special Meetings | 3 |
| 3.13. | Notice | 3 |
| 3.14. | Waiver of Notice | 3 |
| 3.15. | Presumption of Assent | 3 |
| 3.16. | Quorum and Voting | 4 |
| 3.17. | Meetings by Electronic Communication | 4 |
| 3.18. | Action Without Meeting | 4 |
| 3.19. | Adjournment | 4 |
| 3.20. | Fees and Compensation | 4 |
| 3.21. | Indemnification of Agents of the Ministry; Liability Insurance | 4 |
| 3.22. | Committees | 6 |
| 3.23. | Advisory Committee | 6 |

ARTICLE IV OFFICERS ............................................................................................................................. 6

| | | |
|---|---|---|
| 4.1. | Officers | 6 |
| 4.2. | Election or Appointment. | 6 |

Exhibit B-1

4.3.     Subordinate Officers ................................................................................................... 6

4.4.     Removal ........................................................................................................................ 6

4.5.     Resignation ................................................................................................................... 7

4.6.     Founder and Chairman ................................................................................................. 7

4.7.     President ....................................................................................................................... 7

4.8.     Secretary ...................................................................................................................... 7

4.9.     Treasurer ...................................................................................................................... 7

**ARTICLE V MISCELLANEOUS** .......................................................................................... 7

5.1.     Principal Executive Office ........................................................................................... 7

5.2.     Inspection of Corporate Records ................................................................................. 7

5.3.     Checks, Payments, Notes............................................................................................. 8

5.4.     Contracts ...................................................................................................................... 8

5.5.     Rules of Order .............................................................................................................. 8

5.6.     Construction and Definitions........................................................................................ 8

5.7.     Loans to Directors and Officers Prohibited ................................................................ 8

**ARTICLE VI AMENDMENTS** ............................................................................................... 8

**ARTICLE VII DISSOLUTION, MERGER OR CONVERSION** ........................................... 8

7.1.     Dissolution, Merger, or Conversion ............................................................................ 8

7.2.     Assets Upon Dissolution .............................................................................................. 8

## ARTICLE I
## STATEMENT OF PURPOSE

Dr. James Dobson Family Institute, a religious corporation under the California Nonprofit Religious Corporation Law ("Ministry") shall have the purposes set forth in its Articles of Incorporation ("Articles").

## ARTICLE II
## STATEMENT OF FAITH

The Ministry hereby declares its faith and belief:

In the Bible as the inspired, only, infallible, authoritative Word of God.

In the one God, eternally existent in three persons: Father, Son and Holy Spirit;

In the deity of our Lord Jesus Christ, in His virgin birth, in His sinless life, in His miracles, in His vicarious and atoning death through His shed blood, in His bodily resurrection, in His ascension to the right hand of the Father and in his personal return in power and glory;

In salvation of lost and sinful men and women, and in regeneration by the Holy Spirit is absolutely essential;

In the present ministry of the Holy Spirit by whose indwelling the Christian is enabled to live a godly life;

In the resurrection of both the saved and the lost, they who are saved unto the resurrection of life and they who are lost unto the resurrection of damnation; and

In the spiritual unity of believers in our Lord Jesus Christ.

## ARTICLE III
## DIRECTORS

3.1.    Powers.  Subject to limitations of the Articles and of the California Nonprofit Religious Corporation Law ("NRCL"), the Board of Directors ("Board") shall have the full and exclusive authority:

(a)    To elect and remove directors;

(b)    To convene and conduct meetings of the Board in accordance with these Bylaws;

(c)    To engage a certified public accountant to audit the Ministry's financial accounts and statements, and to approve the members of the audit committee and committees of the Board;

(d)    To elect and remove its Chairman, Secretary, and assistant secretaries, to request and receive information from its Chairman, and, in accordance with article 3.2, to remove its founding Chairman.

(e)    To hire and remove the President, to determine the President's compensation and the terms of the President's contract, to request information and receive report from the President, to consult with the President, and, in accordance with article 3.2, to remove its founding President.

1

Exhibit B-1

(f)     To authorize any alienation or encumbrance of the Ministry's property valued in excess of $100,000 (either in a single transaction or the aggregate); and

(g)     To approve the Ministry's budget and define its policies and objectives.

3.2.    <u>Removal of Founding Chairman and President</u>.  Notwithstanding the foregoing, the Board shall have authority to remove or otherwise terminate the founding Chairman or founding President only upon giving its founding Chairman or founding President notice of the reasons for the proposed action and an opportunity to be heard, and upon its finding either:

(a)     That he has engaged in malfeasance,

(b)     That he has engaged in misconduct that could give rise to scandal, or

(c)     That he has become incompetent or otherwise unable to perform the duties of his office or offices.

In any such circumstance, the founding Chairman or founding President shall, after receiving notice and after being given an opportunity to be heard, recuse himself from the Board's deliberations and voting.  Because he may not vote with regard a resolution to remove or otherwise terminate himself, the number of directors otherwise necessary to constitute a quorum shall be reduced by one.

3.3.    <u>Classes</u>.  There shall be two classes of Directors. The first consists of regularly elected Directors ("Directors") with full voting rights. The second consists of the spouses of the Directors who hold office by virtue of their marriage to Directors ("Spousal Directors").  Spousal Directors may receive notice of and attend Board meetings, serve on committees, and carry out all other roles of Directors, but shall have no vote on any matter before the Board nor shall the presence of any Spousal Director be counted to determine if a quorum exists.  Spousal Directors owe all fiduciary duties of care, loyalty, and confidentiality to the Ministry as required of all directors.  Directors may, in their discretion, call for meetings in executive session excluding Spousal Directors from participation.

3.4.    <u>Number</u>.  The number of Directors shall be not less than 5 nor more than 21.

3.5.    <u>Qualifications</u>.  Each Director shall be a baptized, professing Christian, and member of a Christian Church.  Each shall affirm and support the Ministry's purposes, the Dr. James Dobson Family Institute Mission Statement, the Dr. James Dobson Family Institute Covenant, and the Dr. James Dobson Family Institute Statement of Faith.

3.6.    <u>Independence</u>.   A majority of the Directors shall be independent.   A Director is "independent" if he or she is a:

(a)     Person who is not an employee of the Ministry.

(b)     Person who may not individually dictate the operations of the Ministry similar to an employee.

(c)     Person who is not related by blood or marriage to staff members or other Board members.

(d)     Person who does not report to, or is not subordinate to, employees, officers, or other Directors of the Ministry.

(e)     Person who does not receive a significant amount for consulting or speaking, or any other remuneration from the Ministry.

Exhibit B-1

(f)      Person who does not have relationships with firms that have significant financial dealings with the Ministry, officers, Directors, or key employees.

(g)      Person who is not the legal counsel or auditor of the Ministry or is employed by or related to the legal counsel or auditor of the Ministry.

3.7.    Election and Term of Office.  Directors shall be elected at each annual meeting of the Board but, if any such annual meeting is not held or the Directors are not elected thereat, the Directors may be elected at any special meeting of Directors.  All Directors shall hold office for one year or until their respective successors are elected, subject to the provision of these Bylaws regarding vacancies.

3.8.    Removal and Vacancies.  Any Director may be removed from office by vote of not less than two-thirds of all the Directors then in office.  A vacancy in the Board shall be deemed to exist:  (a) in case of the death, resignation, or removal of any Director; (b) if a Director has been declared of unsound mind by any court; (c) if a Director has been convicted of a felony; (d) if the authorized number of Directors is increased; or (e) if the Directors fail, at any annual or special meeting of the Board at which any Director or Directors are elected, to elect the full authorized number of Directors to be voted for at that meeting.  The remaining Directors may fill any vacancies on the Board.

Any Director may resign effective upon giving written notice to the President, the Chairman, the Secretary, or the Board, unless the notice specifies a later time for the effectiveness of such resignation.

3.9.    Place of Meeting.  Meetings of the Board shall be held at any place which has been designated by the Board.  In the absence of such designation, regular meetings shall be held at the principal executive office of the Ministry.

3.10.    Annual Meetings.  There shall be an annual meeting of the Board.  At such meetings Directors shall be elected, reports shall be considered, and any other business may be transacted.

3.11.    Other Regular Meetings.  Other regular meetings of the Board shall be held at the executive office of the Ministry, or at such other place as may be designated by the Board.

3.12.    Special Meetings.  Special meetings of the Board for any purpose or purposes may be called at any time by the President or by any two Directors.

3.13.    Notice.  Notice of each meeting of the Board stating the place, day, and hour of the meeting shall be given, by mail, email, or personal phone call, to each Director so long as such notice is received at least two days prior thereto.  Neither the business to be transacted at, nor the purpose of, any meeting of the Board need be specified in the notice or waiver of notice of such meeting.

3.14.    Waiver of Notice.  A Director may waive notice of any meeting at any time.  A Director's attendance at a meeting shall constitute waiver of notice, except when the Director attends for the purpose of objecting to the transaction of any business because the meeting is not lawfully called.  A Director making such an objection shall do so at the beginning of the meeting or promptly upon his or her arrival.  A Director making such an objection shall not thereafter vote for or assent to action taken at the meeting.

3.15.    Presumption of Assent.  A Director who is present at a Board meeting at which action is taken shall be presumed to have assented to the action taken unless such Director's dissent is entered in the minutes or unless the Director shall file a written dissent to such action with the Secretary before the adjournment thereof or shall forward such dissent by certified mail to the Secretary promptly after the meeting adjourns.  There is no right to dissent if a Director votes in favor of such action.

3.16.    Quorum and Voting.    Except as indicated above, a majority of the Directors shall constitute a quorum for the transaction of business at a Board meeting.  The vote of a majority of the Directors present in person at a meeting at which a quorum is present shall be the act of the Board.  No Director may vote or act by proxy at any meeting of the Board.

3.17.    Meetings by Electronic Communication.  Members of the Board or any committee thereof may participate in a meeting of the Board or a committee by means of telephone conference or similar communications by which all persons participating can hear each other at the same time.  Such participation shall constitute presence in person.

3.18.    Action Without Meeting.  Any action by the Board may be taken without a meeting if all members of the Board consent in writing.  Such consent shall be filed with the minutes of the Board.

3.19.    Adjournment.  A quorum of the Directors may adjourn any Directors' meeting to meet again provided that notice is given to all Directors of the time and place of the reconvened meeting.

3.20.    Fees and Compensation.    Directors and members of committees shall not receive compensation for their service as Directors.  They may, however, be reimbursed for expenses related to such service.  Any Directors who are also Ministry employees may receive reasonable compensation for their service as employees.  All compensation, in any form, to the Ministry's officers, Directors, its highest compensated employees, and its highest compensated independent contractors shall comply with the Ministry's Conflict of Interest Policy.  No such person shall be approved for compensation unless the Board has approved such compensation in advance, or has delegated the review and approval of such compensation to an appropriate committee of the Board.  All such compensation arrangements shall be memorialized in writing.

3.21.    Indemnification of Agents of the Ministry; Liability Insurance.

(a)    For the purposes of this section, "agent" means any person who is or was a Director or officer of the Ministry, or is or was serving at the request of this Ministry.  The term "agent" shall also include any employee or agent of the Ministry for whom indemnification is not mandatory under these Bylaws, but which is nonetheless authorized by the Board in its sole determination and discretion. "Proceeding" means any threatened, pending, or completed action or proceeding, whether civil, criminal, administrative, or investigative; and "expenses" includes, without limitation, attorneys' fees and any expenses of establishing an indemnification right under subdivisions (d) or (e)(3) of this section.

(b)    This Ministry shall indemnify any person who was or is a party, or is threatened to be made a party, to any proceeding (other than an action by or in the right of this Ministry to procure a judgment in its favor, an action brought under Section 9243 of the NRCL, or an action brought by the Attorney General or a person granted relator status by the Attorney General for any breach of duty relating to assets held in charitable trust) by reason of the fact that such person is or was an agent of this Ministry, against expenses, judgment, fines, settlements, and other amounts actually and reasonably incurred in connection with such proceeding if such person acted in good faith and in a manner such person acted in the best interests of this Ministry and, in the case of a criminal proceeding, had no reasonable cause to believe the conduct of such person was unlawful.  The termination of any proceeding by judgment, order, settlement, conviction, or upon a plea of nolo contendere or its equivalent shall not, of itself, create a presumption that the person did not act in good faith and in a manner which the person reasonably believed to be in the best interests of this Ministry or that the person had reasonable cause to believe that the person's conduct was unlawful.

(c)    This Ministry shall indemnify any person who was or is a party, or is threatened to be made a party, to any threatened, pending, or completed action by or in the right of this Ministry or brought under Section 9243 of the NRCL, or brought by the Attorney General or a person granted relator

4
Exhibit B-1

status by the Attorney General for breach of duty relating to assets held in charitable trust to procure a judgment in its favor by reason of the fact that such person is or was an agent of this Ministry, against expenses actually and reasonably incurred by such person in connection with the defense or settlement of such action if such person acted in good faith and in the best interests of this Ministry and with such care, including reasonable inquiry, as an ordinarily prudent person in a like position would use under similar circumstances.  No indemnification shall be made under this subdivision (c):

   (1) In respect of any claim, issue or matter as to which such person shall have been adjudged to be liable to this Ministry in the performance of such person's duty to this Ministry, unless and only to the extent that the court in which such action was brought shall determine upon application that, in view of all the circumstances of the case, such person is fairly and reasonably entitled to indemnity for the expenses which such court shall determine;

   (2) Of amounts paid in settling or otherwise disposing of a threatened or pending action, with or without Court approval; or

   (3) Of expenses incurred in defending a threatened or pending action which is settled or otherwise disposed of without Court approval.

   (d) To the extent that an agent of this Ministry has been successful on the merits in defense of any proceeding referred to in subdivision (b) or (c) or in defense of any claim, issue, or matter therein, the agent shall be indemnified against expenses actually and reasonably incurred by the agent in connection therewith.

   (e) Except as provided in subdivision (d), any indemnification under this section shall be made by this Ministry only if authorized in the specific case, upon a determination that indemnification of the agent is proper in the circumstances because the agent has met the applicable standard of conduct set forth in subdivision (b) or (c), by:

   (1) A majority vote of a quorum consisting of Directors who are not parties to such proceeding; or

   (2) The Court in which such proceeding is or was pending, upon application made by this Ministry or the agent or the attorney or other person rendering services in connection with the defense, whether or not such application by the agent, attorney or other person is opposed by this Ministry.

   (f) Expenses incurred in defending any proceeding may be advanced by this Ministry prior to the final disposition of such proceeding upon receipt of an undertaking by or on behalf of the agent to repay such amount unless it shall be determined ultimately that the agent is entitled to be indemnified as authorized in this section.

   (g) Nothing contained in this section shall affect any right to indemnification to which persons other than Directors and officers of this Ministry or any subsidiary hereof may be entitled by contract or otherwise.

   (h) No indemnification or advance shall be made under this section, except as provided in subdivision (d) or subdivision (e)(3), in any circumstance where it appears:

   (1) That it would be inconsistent with a provision of the Articles, a resolution of the Board or an agreement in effect at the time of the accrual of the alleged cause of action asserted in the proceeding in which the expenses were incurred or other amounts were paid, which prohibits or otherwise limits indemnification; or

(2)      That it would be inconsistent with any condition expressly imposed by a court in approving a settlement.

(3)      Upon a determination by the Board to purchase such insurance, this Ministry shall purchase and maintain insurance on behalf of any agent of the Ministry against any liability asserted against or incurred by the agent in such capacity or arising out of the agent's status as such whether or not this Ministry would have the power to indemnify the agent against such liability under the provisions of this section.

3.22.   Committees.   The Board shall have the authority to convene or dissolve standing or temporary committees, except that the Board shall, at all times, have an audit committee.  The audit committee shall be comprised of not less than two Directors who are not also officers or employees of the Ministry, except that the Treasurer may serve as a director member of the committee so long as he or she is not an employee of the Ministry.  Additional other persons may serve on the audit committee as appointed by the Board.  Committees shall have such authority as the Board designates.  Each may keep minutes.  Each shall, upon request of a Director, provide a complete copy of such minutes.

3.23.   Advisory Committee.   The Chairman may appoint one or more persons to serve as members of the advisory committee who shall not by such appointment be members of the Board. Advisory committee members shall be available to give advice or perform assignments as specified by the President or the Chairman.

## ARTICLE IV
## OFFICERS

4.1.   Officers.   The officers of the Ministry shall be Dr. Dobson as Founder and Chairman of the Board, the Vice Chairman of the Board, the President, Chief Operating Officer, Vice President, Secretary, and Treasurer.  Each of these officers shall be a baptized, professing Christian, and member of a Christian Church.  Each shall affirm and support the Ministry's purposes, the Dr. James Dobson Family Institute Mission Statement, the Dr. James Dobson Family Institute Covenant, and the Dr. James Dobson Family Institute Statement of Faith.  The Ministry may also have, at the discretion of the President, additional officers including, without limitation, Group Vice-Presidents, Executive Vice-Presidents, Vice-Presidents, one or more Assistant Secretaries, additional Assistant Treasurers, and such other officers as may be appointed in accordance with the provisions of Section 3 of this Article.  One person may hold two or more offices, except that the offices of President and Secretary shall not be held by the same person.

4.2.   Election or Appointment.   The Board shall elect the Chairman who succeeds the Founder and Chairman.  It shall also elect its Vice-Chairman, Secretary, and Treasurer and appoint the President. The President shall appoint, supervise, discipline, and accept the resignation of or terminate all other officers and subordinate officers.  Each shall hold his or her office until he or she shall resign or shall be removed  by the Board or President with authority to elect or appoint his or her successor.

4.3.   Subordinate Officers.   The President may appoint such other officers as the Ministry may require, each of whom shall hold office for such period, have such authority, and perform such duties as the President may determine.

4.4.   Removal.   The Founder and Chairman shall serve for life or until he resigns in writing or until three-fourths of the board (not counting the Founder and Chairman) determines that he is too incompetent to continue to fulfill his role.  The Vice-Chairman, Secretary, Treasurer, and President may be removed by majority vote of the board for any reason or no reason.  The President may remove or terminate any other officer for any reason or no reason.

4.5.   Resignation.  The Chairman, President, Secretary, Treasurer, or assistant secretaries may resign by giving written notice to the Board.  Any other officer may resign by giving written notice to the President.  Resignations shall take effect upon receipt of the notice or as agreed by the officer or Board receiving the proper notice.

4.6.   Founder and Chairman. The Founder and Chairman shall preside over all Board meetings and shall, subject to the consent of the Board, appoint the chairmen and members of Board committees. The Chairman shall have plenary authority to appoint or remove members of the advisory committee. The Founder and Chairman shall also work closely with and counsel the President regarding (1) tasks and duties he can move to the President, (2) significant decisions, contracts, or expenditures, (3) engagement of new ministry executives, (4) budgeting and allocating resources, and (5) short and long-term plans for organizational impact and growth.

4.7.   President.  The President shall serve as second in-command to the Founder and Chairman. He shall implement and carry out the Ministry's policies and objectives as defined by the Board and in accordance with the budget approved by the Board.  The President shall report to and consult with the Board as it requests.  Except for those powers given to the Board or to the audit committee by these Bylaws, the President shall have all remaining corporate powers to conduct the work and affairs of the Ministry consistent with its purposes, Mission Statement, Covenant, and Statement of Faith and consistent with his job description as approved by the Founder and Chairman.  The President shall have general supervision, direction, and control of the Ministry's officers, employees, and work.  The President shall be ex-officio a member of all committees.

4.8.   Secretary. The Secretary shall record or cause to be recorded, and shall keep or cause to be kept at the principal executive office a book of minutes of actions taken at all Board meetings.  The Secretary or assistant secretary shall give, or cause to be given, notice of all the meetings of the Board. The Board may elect its Secretary one or more assistant secretaries, each of whom, upon election, shall have all of the powers and privileges of the Secretary.

4.9.   Treasurer.  The Treasurer shall be appointed by the President.  The Treasurer shall serve the Ministry's chief financial officer and shall keep and maintain, or cause to be kept and maintained, adequate and correct accounts of the Ministry's business transactions including accounts of its assets, liabilities, receipts, disbursements, gains, losses, capital, and surplus.  The books of account shall at all reasonable times be open to inspection by any Director.

The Treasurer shall deposit, or cause to be deposited, all moneys and other valuables in the name and to the credit of the Ministry with such depositories as may be designated by the Board.  He or she shall disburse the Ministry's funds as may be ordered by the President, shall render to the President and Directors, whenever they so request, an account of all of his or her transactions as Treasurer and of the financial condition of the Ministry.  The Treasurer shall recommend a certified public accountant to be approved by the Board for the performance of an annual audit of the Ministry's financial accounts.  He or she shall have such other powers and perform such other duties as may be prescribed by the President.

### ARTICLE V
### MISCELLANEOUS

5.1.   Principal Executive Office.  The principal executive office of the Ministry is 540 Elkton Drive, Suite 201, Colorado Springs, Colorado 80907.

5.2.   Inspection of Corporate Records.  Every Director shall have the absolute right at any reasonable time to inspect, copy, or make extracts of all books, records, and documents of every kind and to inspect the physical properties of the Ministry.  Such inspection by a Director may be made in person or by agent or attorney.

5.3.    Checks, Payments, Notes.  All checks or other orders for the Ministry's payment of money or the making of notes or other evidence of indebtedness in an amount over $15,000, shall be signed by the President and the Treasurer.  If the foregoing are unable to act, however, such documents may be signed by any two officers.

5.4.    Contracts.  Except as indicated in Section 4.3, the Board or the President may authorize any officer or agent to enter any contract or execute any instrument on behalf of the Ministry.  Such authority may be general or confined to specific instances.  Unless so authorized by the Board, no officer, agent, or employee shall have any authority to bind the Ministry to any contract or engagement or to pledge its credit or to render it liable for any purpose or to any amount.

5.5.    Rules of Order.  Where not inconsistent with the Bylaws, or the NRCL, Board meetings shall be conducted in accordance with Robert's Rules of Order.

5.6.    Construction and Definitions.  The general provisions, rules of construction, and definitions in the NRCL shall govern the construction of these Bylaws.

5.7.    Loans to Directors and Officers Prohibited.  The Ministry shall make no loans to any Director, Spousal Director, officer, or employee.

## ARTICLE VI
## AMENDMENTS

The Articles or these Bylaws may be amended or restated by a vote of majority of the entire Board, except that any amendment or restatement of the Ministry's Statement of Faith, Mission Statement, Statement of Purpose, Covenant, or Dr. Dobson's Critical Issues shall only be amended or restated by at least a two thirds majority of all the members of the board.

## ARTICLE VII
## DISSOLUTION, MERGER OR CONVERSION

7.1.    Dissolution, Merger, or Conversion.  Dissolution, which shall include, without limitation, disposition of all or substantially all the Ministry's assets, or merger or conversion of the Ministry shall be by the vote of not less than two thirds of the Directors then in office.  Written notice of the proposed dissolution, merger, or conversion shall have been given to each Director at least one week before the proposed dissolution or merger.

7.2.    Assets Upon Dissolution.  Upon dissolution of the Ministry, the Ministry's assets shall be paid over to another § 501(c)(3) Christian ministry in accordance with the Articles.

NCTD.

FILED
Secretary of State
State of California

APR 1 7 2018

3261101

## CERTIFICATE OF SECOND AMENDMENT AND RESTATEMENT
### OF ARTICLES OF INCORPORATION
#### OF
### FAMILY TALK

September 26, 2016

The undersigned certify, as of the 26th day of September, 2016, that: (1) they are the President and Secretary of Family Talk, a California nonprofit religious corporation ("Corporation" or "Ministry"), (2) the Board has unanimously approved these second amended and restated articles of incorporation, (3) the Ministry has no members and (4) this Ministry's articles of incorporation are amended and restated to read in full as follows:

## I
### NAME

The name of the Ministry is Dr. James Dobson Family Institute.

## II
### PURPOSES

This corporation is a religious corporation and is not organized for the private gain of any person. It is organized under the Nonprofit Religious Corporation Law exclusively for religious purposes. The purposes for which the Ministry is formed are exclusively religious, charitable and educational within the meaning of § 501(c)(3) of the Internal Revenue Code (the "Code"). Each such purpose shall be consistent with Biblical principles, as interpreted by the Board of Directors. Each shall be consistent with the Ministry's statement of faith. The Ministry's specific purposes shall include, but not be limited to the following:

1. To preserve and promote the institution of the family;

2. To preserve and promote the institution of marriage;

3. To preserve and promote parenthood and sound parenting;

4. To educate husbands, wives, fathers, mothers, and children and to give them Christ-oriented counsel;

5. To protect and promote the sanctity of human life;

6. To encourage righteousness in the culture; and

7. To introduce as many as possible to the Gospel of Jesus Christ.

Notwithstanding any other provision herein, the Ministry will at all times be organized and operated consistent with § 501(c)(3) of the Internal Revenue Code.

2005773620_7

### Exhibit B-2

A08L2494

### III
### DIRECTORS

The Ministry shall have a board of directors as set forth in its bylaws.

### IV
### POWERS

This Ministry, its officers, or Directors shall have powers as set forth in its bylaws. None shall be inconsistent with the Ministry's purposes. This Ministry's property is irrevocably dedicated to religious purposes. No part of its earnings or assets shall inure to the benefit of, or be distributable to, its Directors, Spousal Directors, officers, or any others, except that it may pay reasonable compensation for goods or services furthering the Ministry's purposes. No substantial part of the Ministry's activities shall attempt to influence legislation. The Ministry shall not participate or intervene in any political campaign (including the publishing or distributing statements) on behalf of or in opposition to any candidate for public office.

### V
### DISSOLUTION

Upon the Ministry's dissolution or termination, its assets, after paying creditors, shall be distributed exclusively to one or more Christian ministries as selected by the Ministry's Board. Such ministry or ministries must qualify as a § 501(c)(3) entity and have purposes similar to the Ministry.

### VI
### LIMITED LIABILITY

The liability of the Ministry's officers and directors shall be eliminated to the fullest extent permissible under California law.

### VII
### INDEMNIFICATION

The Ministry may indemnify its agents (as defined in § 9246 of the California Corporation Code) for breach of duty to the Ministry, through its bylaws by agreement, or both, to the fullest extent permitted under California law.

We declare under penalty of perjury that the matters set forth herein are true and correct.

James C. Dobson
President

September 26, 2016

Shirley Dobson
Secretary

September 26, 2016

2005773620_7                    Exhibit B-2



**DR. JAMES DOBSON FAMILY INSTITUTE**

**540 Elkton Drive, Ste. 201, Colorado Springs, CO  80907**
**P: 719.244.9300     F: 719.244.9301**

## APPLICATION FOR EMPLOYMENT

Please print all information and answer every question, even if you have submitted a resume.

### PERSONAL INFORMATION

Name_____ Date_____
<span>LAST</span>                    <span>FIRST</span>                    <span>MIDDLE INITIAL</span>

Address_____
<span>STREET</span>                                <span>CITY</span>            <span>STATE</span>        <span>ZIP CODE</span>

Telephone Number (home)_____Telephone Number (cell) _____

Email (optional) _____

Are you 18 years of age or older? _____  If hired, you may be required to submit proof of age.

When can you start?_____How were you referred to us?_____

Have you worked here or applied here before? _____ If so, when? _____

For driving jobs only:       Do you have a valid drivers license and proof of insurance? _____

                              Please enter Drivers License Number _____

                              Have you had any suspensions or revocations of your driver's license in the past seven years? _____
                              If yes, please explain on a separate sheet of paper.

Do you attend church regularly?  Y or N ____    If yes, where do you attend? _____

### POSITION DESIRED

Position Title:          _____

Circle One:          FULL TIME          PART TIME          EITHER          UNPAID INTERNSHIP

### EDUCATIONAL BACKGROUND

|                        | Name and Location | Degree or Diploma Obtained | Subject Area | Dates |
|------------------------|-------------------|----------------------------|--------------|-------|
| High School or GED     |                   |                            |              |       |
| Vocational Training    |                   |                            |              |       |
| College or University  |                   |                            |              |       |
|                        |                   |                            |              |       |

List any additional certifications or training you have received: (If certified, note whether certification is expired)

_____

_____

Exhibit B-3

## EMPLOYMENT EXPERIENCE

List all of your current and previous positions (paid and unpaid) in chronological order starting with the most recent.  Please complete this section and attach additional sheets as needed even if you submit a resume.

1. **Employed From**_____ To_____
   Company Name_____ Your Title_____
   Address_____ Your Department_____
   City & State_____ Supervisor's Phone #_____
   Supervisor's Name and Title_____
   Work Performed_____
   Reason for Leaving_____
   Would you like to be notified before we contact your present employer?          YES          NO

2. **Employed From**_____ To_____
   Company Name_____ Your Title_____
   Address_____ Your Department_____
   City & State_____ Supervisor's Phone #_____
   Supervisor's Name and Title_____
   Work Performed_____
   Reason for Leaving_____

3. **Employed From**_____ To_____
   Company Name_____ Your Title_____
   Address_____ Your Department_____
   City & State_____ Supervisor's Phone #_____
   Supervisor's Name and Title_____
   Work Performed_____
   Reason for Leaving_____

4. **Employed From**_____ To_____
   Company Name_____ Your Title_____
   Address_____ Your Department_____
   City & State_____ Supervisor's Phone #_____
   Supervisor's Name and Title_____
   Work Performed_____
   Reason for Leaving_____

5. **Employed From**_____ To_____
   Company Name_____ Your Title_____
   Address_____ Your Department_____
   City & State_____ Supervisor's Phone #_____
   Supervisor's Name and Title_____
   Work Performed_____
   Reason for Leaving_____

*Updated 12/15/22*

## SPIRITUAL EXPERIENCE

Please tell us more about yourself by writing out your spiritual journey and where you are today in your walk with the LORD Jesus Christ. Attach an additional sheet if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## REFERENCES

Give three or more references who can attest to your character, spiritual walk, personality and work history.  Do not include family members or supervisors listed on the previous page.

| Name and Position | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Have you worked or attended school under any other name?  List Name: _____

## OTHER QUESTIONS

1.   Has anyone ever accused you of physical abuse, sexual abuse, or sexual harassment?

_____YES_____NO

If yes, give a short explanation of the complaint in the space below.  Please indicate the date, nature and place of the incident leading to the accusation, and the disposition of the matter.

2.   Have you ever been charged, arrested, or convicted of a felony or misdemeanor, regardless of the disposition of any such matter?

_____YES_____NO

If yes, give a short explanation of the incident in the space below.  Please indicate the date, nature and place of the incident, the disposition of the allegations, and your employer at the time, including your employer's name, address, and telephone number.

3.   Has any employer ever counseled you, reprimanded you, disciplined you, or terminated your employment or have you ever terminated your own employment <u>for reasons related to physical or sexual abuse by you, sexual harassment by you, your unsafe driving record, your theft, or your mishandling of monies or company property</u>?

_____YES____NO

If yes, give a short explanation of the allegations in the space below.  Please indicate the date, nature, and place of the allegations, the disposition of the allegations, and your employer at the time, including employer's name, address and telephone number.

_____
_____
_____
_____

## APPLICANT'S DECLARATION, AUTHORIZATION AND RELEASE

My answers on this application and on any resume I provide are complete and true.  I understand that the submission of any false or incomplete information in connection with my application, whether on this or other documents or in interviews, will be cause for the rejection of my application or the termination of my employment at any time.  I authorize the Employer and its agents to verify any information related to my application or resume.  I also authorize and direct individuals, schools, employers, and law enforcement or government officials to freely provide any information concerning my background, and hereby release any and all of them from any liability for doing so.  If I am employed, I understand that I will be employed on an at-will basis for an indefinite period of time and that my employer may terminate my employment at any time and for any reason.

_____            _____
*Date*                                                                    *Print Name*

                                                                          _____
                                                                          *Signature*

## FAMILY TALK STATEMENT OF FAITH

*Family Talk believes:*

The Bible to be the inspired, only, infallible, authoritative Word of God;

That there is one God, eternally existent in three persons: Father, Son and Holy Spirit;

In the deity of our Lord Jesus Christ, in His virgin birth, in His sinless life, in His miracles, in His vicarious and atoning death through His shed blood, in His bodily resurrection, in His ascension to the right hand of the Father and in His personal return in power and glory;

That for salvation of lost and sinful men and women, regeneration by the Holy Spirit is absolutely essential;

In the present ministry of the Holy Spirit by whose indwelling the Christian is enabled to live a godly life;

In the resurrection of both the saved and the lost, they who are saved unto the resurrection of life and they who are lost unto the resurrection of damnation;

In the spiritual unity of believers in our Lord Jesus Christ; and

That the aforesaid doctrinal statement is the basic spiritual foundation for this organization, and the same shall not be amended or deleted except by unanimous vote or written mutual consent of the Board of Directors of Family Talk.

## FAMILY TALK MISSION STATEMENT

"To help preserve and promote the institution of the family and the biblical principles on which it is based, and to seek to introduce as many people as possible to the gospel of Jesus Christ. Specifically, the focus of the ministry is on marriage, parenthood, evangelism, the sanctity of human life, and encouraging righteousness in the culture."

## ACKNOWLEDGEMENT

I hereby declare that I have read, understand, and agree with all parts of the Family Talk Statement of Faith and Mission Statement. If hired, I agree to uphold these beliefs in my personal, daily life and to help Family Talk pursue its mission.

_____          _____
              *Date*                                      *Print Name*

                                         _____
                                                  *Signature*

## WELCOME

Welcome to the Dr. James Dobson Family Institute ("JDFI"). We're glad you're here! As a new employee, you are joining a team of talented ministry professionals who contribute to various aspects of this broadcast media and communications ministry. As a current employee, your hard work and commitment to advancing the ministry are appreciated.

Whether you are a new or current employee, please take time to read this *Employee Handbook* since it provides an overview of JDFI policies and procedures. In it, you'll find helpful information about pay and benefits, vacation and holidays, work performance, resolving conflicts, security issues, and more.

## PURPOSE OF THE EMPLOYEE HANDBOOK

This *Employee Handbook* is provided by JDFI to ensure that you have information about the ministry and our procedures, benefits, and other employment issues. The content is not all-inclusive, but is intended to provide you with a summary of the ministry's employment policies.

All employees of JDFI are expected to be familiar with and abide by the policies in this handbook. The performance of each individual is essential to the success of the ministry.

This handbook should not be interpreted as an employment contract or an agreement for employment for any specified period of time. The ministry (Board of Directors or management) reserves the right to make changes to the policies, as conditions require, without prior notice. When that happens, employees will receive an updated version of the handbook.

> ***At-Will Employment.*** *Employment with JDFI is "at will." That means employees have the right to end their working relationship with the organization for any reason, with or without advance notice. The ministry reserves for itself the same right. Neither the language used in this handbook nor any verbal statements made by management are intended to constitute a contract of employment, either expressed or implied, nor do they constitute a guarantee of employment for a specific duration. Only authorized representatives have the authority to enter into an agreement of employment for any specified period, and such agreement must be in writing, signed by the authorized JDFI representative and the employee.*

***Questions?*** After reading this guide, any questions should be directed to one's immediate supervisor or the Director of Human Resources.

## ABOUT THE JAMES DOBSON FAMILY INSTITUTE

JDFI is a community of like-minded people who have come together to accomplish a shared mission to advance the Gospel of Jesus Christ. JDFI is a ministry that encourages and equips families by strengthening and reinvigorating marriages, guiding and encouraging parents, being a voice for unborn children and the sanctity of life, standing firm for morality and righteousness in our culture, and pointing people to the gospel of Jesus Christ. We do this through the daily radio broadcast and numerous other media and communications, including a monthly newsletter, hundreds of books, blogs, articles, videos, online resources, social media, and more. Family Talk, a ministry of JDFI, began in March 2010, shortly after Dr. Dobson left Focus on the Family, the

ministry he originally founded in 1977. To learn more about JDFI, visit our website at www.drjamesdobson.org. In addition, take a moment to view JDFI's social media pages.

## ABOUT DR. JAMES DOBSON

Dr. James Dobson is the Founder Chairman of JDFI, a nonprofit organization that produces the *Dr. James Dobson's Family Talk* broadcast. In 2018, Family Talk became a ministry of JDFI. For more than 40 years, Dr. Dobson has been providing life-changing family resources. He is the author of over 50 books dedicated to the preservation of the family, including *Your Legacy, The New Dare to Discipline*, *Love for a Lifetime, Life on the Edge*, *Love Must Be Tough*, *The New Strong- Willed Child*, *When God Doesn't Make Sense*, *Bringing Up Boys*, *Marriage Under Fire*, *Bringing Up Girls*, and *Head Over Heels.*

James Clayton Dobson, Jr. was born in Shreveport, Louisiana to Myrtle and James C. Dobson, Sr. At age three, he responded to an altar call given by his father, a pastor, and gave his life to Jesus Christ. Dr. Dobson earned his undergraduate degree from Pasadena College (now Point Loma Nazarene University) and his Ph.D. from the University of Southern California in the field of child development.

Dr. Dobson served as an associate clinical professor of pediatrics at the University of Southern California School of Medicine for 14 years and on the attending staff of Children's Hospital of Los Angeles for 17 years. In 1977, he founded the ministry of Focus on the Family and the *Focus on the Family* daily radio program. He also co-founded the Family Research Council in 1983 and Alliance Defending Freedom in 1984. In 2010, Dr. Dobson established Family Talk and launched a new radio broadcast.

Dr. Dobson, who has been active in governmental affairs and has advised four U.S. presidents on family matters, has been called "the nation's most influential evangelical leader" by *Time.* He holds 18 honorary doctoral degrees, and he was inducted in 2008 into The National Radio Hall of Fame. In 2011, Dr. Dobson received the "Great American Award" from The Awakening. He has also received the "Ronald Reagan Lifetime Achievement Award," Liberty Institute's "Servant of God Award," and many other honors and awards for his service.

Dr. Dobson has participated in the White House Conferences on the Family, the National Advisory Commission for the Office of Juvenile Justice and Delinquency Prevention, the Attorney General's Commission on Pornography, and the Commission on Child and Family Welfare, among others.

More than 80 million people worldwide have viewed Dr. Dobson's first film series, *Focus on the Family*, which he considers the first bookend of his professional life. The new eight-part DVD series released in 2014, *Building a Family Legacy*, is the second bookend.

In addition, the American Association of Christian Counselors (AACC) and Light University have partnered with Dr. Dobson to create a unique certification program of marriage and family education. Participants in the program can earn the James C. Dobson Certificate or Life Coach Certification.

Dr. Dobson is married to Shirley and they have two grown children, their daughter Danae and son Ryan (who is married to Laura), and two grandchildren.

Exhibit B-4

## MINISTRY STATEMENTS

### STATEMENT OF FAITH (as it appears on our website)

*JDFI is a group of men and women that have come together in response to the call of the Gospel. As an organization, believes:*

1. In the Bible as the inspired, only, infallible, authoritative Word of God.
2. In the one God, eternally existent in three persons: Father, Son and Holy Spirit.
3. In the deity of our Lord Jesus Christ, in His virgin birth, in His sinless life, in His miracles, in His vicarious and atoning death through His shed blood, in His bodily resurrection, in His ascension to the right hand of the Father and in His personal return in power and glory.
4. In the salvation of lost and sinful men and women, and in regeneration by the Holy Spirit as being absolutely essential.
5. In the present ministry of the Holy Spirit, by whose indwelling the Christian is enabled to live a godly life.
6. In the resurrection of both the saved and the lost; they who are saved unto the resurrection of life, and they who are lost unto the resurrection of damnation; and
7. In the spiritual unity of believers in our Lord Jesus Christ.

This doctrinal statement is the basic spiritual foundation for our organization, and the same shall not be amended or deleted except by unanimous vote or written mutual consent of the JDFI Board of Directors.

### JDFI MISSION STATEMENT

To help preserve and promote the institution of the family and the biblical principles on which it is based; to seek to introduce as many people as possible to the gospel of Jesus Christ; and to promote the sanctity of human life, God-honoring sexuality, religious freedom, respect for the American founding; and righteousness in the culture.

### EMPLOYMENT PHILOSOPHY

JDFI is a California nonprofit religious organization founded on Christian principles, as outlined in the Statement of Faith and Mission Statement. It is of utmost importance for the proper functioning of JDFI that our employees be committed to these principles. It is expected, therefore, that each employee be a professing Christian and that he or she perform his or her duties with individual loyalty as measured by the highest standards of the Christian faith as interpreted by the JDFI Board of Directors. All employees will be required to sign a statement of faith, and they will, from time to time, be asked to reaffirm that theological position.

### STATEMENT OF COMPELLING INTERESTS

JDFI advocates a traditional biblical worldview as expressed in its Statement of Faith.
The principles encompassed in the Statement of Faith and Mission Statement represent the core of JDFI's ministry and provide guidance for those who would associate with it. These compelling

Exhibit B-4

interests are central to our mission, purpose, and moral integrity. All of JDFI's activities, programs, emphases, hiring practices, and goals reflect these fundamental principles and understandings. The ministry measures its success and effectiveness by the degree to which it conforms to these beliefs.

As such, JDFI has a compelling interest in insisting that *all* persons associated with the ministry maintain lives and Christian witness that are congruent with and complementary to its Statement of Faith, Mission Statement, and related principles. JDFI evaluates each prospective employee, in part, according to his or her ability and willingness to subscribe to these principles. Each employee of the organization must enthusiastically embrace the Statement of Faith, the Mission Statement, and the principles that guide our work as part of the employment process and implement these same principles in his or her life, both in and out of the workplace.

### DIVORCE AND REMARRIAGE

JDFI exists, in part, for the purpose of ministering to and strengthening marriages. As such, JDFI places a high value on the biblical model of marriage between, a monogamous union between one man and one woman. JDFI acknowledges that, although regrettable, divorce does occur even among those who subscribe to a biblical worldview. Employees are reminded that marriage is a sacred covenant between one man and one woman and should not be dissolved lightly and except upon grounds as provided in Scripture.

### CONFLICT OF INTEREST

JDFI has adopted a comprehensive Conflict of Interest Policy Statement. It is applicable to employees, officers, and directors of the ministry. A copy of the Conflict of Interest Policy Statement is distributed to each employee upon hiring. Each employee, officer, and director is expected to complete a conflict of interest questionnaire and submit it to the Human Resources Director of the ministry upon hiring and at his or her annual review.

### JDFI COVENANT

- We will be faithful to biblical principles.

- We will be diligent in handling details and careful with what God has entrusted to us.

- We will be frugal in our management of resources.

- We will be courageous in defending truth, recognizing that it is an honor to carry the banner of Christ.

- We will not allow ourselves to get so busy with the cares of life that we neglect our own families.

- We will be caring to people who bring their needs to us.

- We will be thoughtful to one another.

4. Relatives may not report to the same supervisor, or be assigned to the same department, unless it is deemed to be in the best interest of JDFI.

## EQUAL OPPORTUNITY EMPLOYER

Subject to the provisions of the Statement of Faith and the requirement that each employee subscribe and adhere to it, it is our policy as an employer to strive for equal employment opportunities in all human resource actions and procedures, which include, but are not limited to, recruitment, hiring, training, transfers, promotions, compensation, benefits and all other terms and conditions of employment.

Each employee hired and promoted shall be selected solely on the basis of qualifications deemed essential to job performance. This is done without regard to race, color, biological sex, age, national origin, military status, disability, or any other characteristic protected by law. JDFI expressly reserves the right, as a religious corporation, to base its hiring practices on religious affiliation, Christian lifestyle, and convictions of its applicants that are consistent with its core values.

## REFERENCES

All outside requests for information about past or current employees should be directed to the Director of Human Resources. This is the only person who has the authority to respond to such inquiries. The employee's rate of pay will be disclosed only if the employee has provided written authorization to release the information.

## HUMAN RESOURCES RECORDS

JDFI employees are required to provide up-to-date personal information for Human Resources records by informing the Director of Human Resources of any changes that have occurred. When changes take place, such as those listed below, an employee or his or her supervisor will need to notify Human Resources.

When there are changes in the following areas, employees will need to notify Human Resources:

- Name and Social Security Number (original documentation required)
- Home address, telephone number, cell phone number
- Marital status and number of dependents (if employee has dependent benefits coverage)
- Name and phone number of emergency contact
- Beneficiary (if the employee has benefits coverage)
- Driving record or status of driver's license (if employee may drive for employer)
- W-4 tax exemptions

## INTERNAL CANDIDACY FOR JOB OPENINGS

JDFI encourages and champions our employees to pursue growth and development within their professional positions as well as within the organization. With most job openings, the HR department will post the opening to our employee portal as well as our ministry website and other external job recruiting platforms. All internal and external postings will require an interview process that will be led by the human resources director. As a norm, only employees with six months of employment with JDFI may submit candidacy for a new job opening.

If an internal candidate is interested in the position, he or she should:

Exhibit B-4