UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DR. JAMES DOBSON FAMILY INSTITUTE and USATRANSFORM d/b/a UNITED IN PURPOSE,<br><br>    Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHARLOTTE BURROWS, Chair of the United States Equal Employment Opportunity Commission; and UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>    Defendants. | Case No. 4:24cv00986-O |

**RETURN OF SERVICE**

The Summons and complaint were served on Defendant United States Equal Employment Opportunity Commission, by U.S. Postal Service Certified Mail on October 22, 2024. The signed return receipt (PS Form 3811) is attached as proof of service on the named defendant.

Respectfully submitted this 30th day of October, 2024.

1

> */s/ Andrew Nussbaum*
> L. Martin Nussbaum *
> *martin@first-fourteenth.com*
> Andrew Nussbaum
> *andrew@first-fourteenth.com*
> FIRST & FOURTEENTH PLLC
> 2 N. Cascade Ave., Suite 1430
> Colorado Springs, CO 80903
> T:(719) 428-2386
>
> * *pro hac vice* application forthcoming
>
> */s/ John C. Sullivan*
> Texas Bar No. 24083920
> John.sullivan@the-sl-lawfirm.com
> Jace R. Yarbrough
> Texas Bar No. 24110560
> Jace.yarbrough@the-sl-lawfirm.com
> S|L LAW PLLC
> 610 Uptown Boulevard, Suite 2000
> Cedar Hill, TX 75104
> T: (469) 523-1351
> F: (469) 613-0891
>
> *Attorneys for Plaintiffs*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Equal Employment Opp. Comm.
131 M Street, NE
Washington, DC 20507

9590 9402 4384 8190 9259 93

2. Article Number (Transfer from service label)

7019 0160 0000 2500 4319

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☒ Agent
☐ Addressee

B. Received by (Printed Name): M Riley
C. Date of Delivery: 10/22/24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt