AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-00986-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **United States Equal Employment Opportunity Commission**
was received by me on *(date)* **10/16/2024**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Stacey Poucet**, who is designated
by law to accept service of process on behalf of *(name of organization)* **the United States Attorney for the Northern District of Texas** on *(date)* **10/23/2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0**

I declare under penalty of perjury that this information is true.

Date: **10/30/2024**

_____
Server's signature

**John Sullivan, Attorney**
Printed name and title

**610 Uptown Blvd, Ste 2000
Cedar Hill, TX 75104**
Server's address

Additional information regarding attempted service, etc: