UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DR. JAMES DOBSON FAMILY INSTITUTE and USATRANSFORM d/b/a UNITED IN PURPOSE,<br><br>*Plaintiffs*,<br>v.<br><br>XAVIER BECERRA, Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHARLOTTE BURROWS, Chair of the United States Equal Employment Opportunity Commission; and UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>*Defendants*. | No. 4:24-cv-00986-O |

## NOTICE OF APPEARANCE

Please take notice that Olivia G. Horton, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for Defendants in the above-captioned matter.

Dated: November 7, 2024                Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

MICHELLE R. BENNETT
EMILY B. NESTLER
*Assistant Branch Directors*

DANIEL SCHWEI
*Special Counsel*

1

        */s/ Olivia G. Horton*
        OLIVIA G. HORTON (TX Bar #24120357)
        *Trial Attorney*
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20005
        Tel: (202) 305-0747
        Facsimile: (202) 616-8470
        Email: olivia.g.horton@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                                                       */s/ Olivia G. Horton*
                                                                        OLIVIA G. HORTON
                                                                        United States Department of Justice