**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| DR. JAMES DOBSON FAMILY INSTITUTE and USATRANSFORM d/b/a UNITED IN PURPOSE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHARLOTTE BURROWS, Chair of the United States Equal Employment Opportunity Commission; and UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>　　　　Defendants. | Case No. 4:24-cv-00986-O |

**PLAINTIFFS' AND DEFENDANTS' JOINT MOTION FOR PARTIAL STAY AND FOR BRIEFING SCHEDULE**

**November 7, 2024**

| | |
|---|---|
| **First & Fourteenth PLLC** | **S\|L L**AW **PLLC** |
| *Andrew Nussbaum* | *John Sullivan* |
| L. Martin Nussbaum *(pro hac pending)* | John Sullivan |
| Andrew Nussbaum | 610 Uptown Blvd., Suite 2000 |
| 2 N. Cascade Ave., Suite 1430 | Cedar Hill, TX  7510 |
| Colorado Springs, CO 80903 | (469) 523-1351 |
| (719) 428-2386 | john.sullivan@the-sl-lawfirm.com |
| martin@first-fourteenth.com | |
| andrew@first-fourteenth.com | |

1

1. Plaintiffs, the Dr. James Dobson Family Institute and USATransform d/b/a United in Purpose filed this case on October 15, 2024, to challenge Defendants' 2024 promulgation of a rule interpreting Section 1557 of the Affordable Care Act, 2024 promulgation of a rule interpreting the Pregnant Workers Fairness Act, and 2024 issuance of Harassment Guidance interpreting Title VII of the Civil Rights Act. ECF No. 1, Plaintiffs' Verified Complaint (October 15, 2024). Plaintiffs allege that these regulatory actions violate the Religious Freedom Restoration Act (Claim 1), the First Amendment's Free Exercise and Free Speech clauses (Claims 2-6), and the Administrative Procedure Act (Claim 7).

2. The parties have conferred and agree that the most efficient way to resolve their dispute is to stay Plaintiffs' APA claim while the parties brief cross-motions for summary judgment on Plaintiffs' RFRA and constitutional claims. The parties' disputes are purely legal. To the extent the Court grants relief on Plaintiffs' RFRA and/or constitutional claims, that would likely resolve the parties' dispute in full, obviating the need to address Plaintiffs' APA claim. Conversely, if Plaintiffs' RFRA and constitutional claims fail, the Court's decision on those claims may be relevant to resolution of the remaining APA claim or at least help to narrow the parties' remaining disputes. The Parties thus respectfully move the Court to stay Plaintiffs' APA claim while the parties brief Plaintiffs' remaining claims according to the following schedule they have agreed to:

> a. November 11: Plaintiffs' combined motion for preliminary injunction and partial summary judgment

    b. December 4: Defendants' combined response in opposition and cross-motion for partial summary judgment

    c. December 23: Plaintiffs' combined response in opposition and reply in support of their motion for partial summary judgment

    d. January 15: Defendants' reply in support of their motion for partial summary judgment.

DATED: November 7, 2024       Respectfully submitted,

*/s/ Andrew Nussbaum*

L. Martin Nussbaum *
*martin@first-fourteenth.com*
Andrew Nussbaum
*andrew@first-fourteenth.com*
FIRST & FOURTEENTH PLLC
2 N. Cascade Ave., Suite 1430
Colorado Springs, CO 80903
T:(719) 428-2386

*/s/ John C. Sullivan*
Texas Bar No. 24083920
John.sullivan@the-sl-lawfirm.com
Jace R. Yarbrough
Texas Bar No. 24110560
Jace.yarbrough@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
T: (469) 523-1351
F: (469) 613-0891

\* *pro hac vice* application forthcoming

*Attorneys for Plaintiffs*


BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

MICHELLE R. BENNETT
EMLY B. NESTLER
*Assistant Branch Directors*

DANIEL SCHWEI
*Special Counsel*

                                                          */s/ Olivia G. Horton*
                                                          OLIVIA G. HORTON (TX Bar #24120357)
*Trial Attorney*
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0747
Facsimile: (202) 616-8470

Email: olivia.g.horton@usdoj.gov

*Attorneys for Defendants*