IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DR. JAMES DOBSON FAMILY INSTITUTE, ET AL.,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:24-CV-00986-O |
| **XAVIER BECERRA, ET AL.,** | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Joint Motion for Partial Stay and for Briefing Schedule (ECF No. 14), filed November 7, 2024. The parties have conferred and agree that the most efficient way to resolve their dispute is to stay Plaintiffs' APA claim while the parties brief cross-motions for summary judgment on Plaintiffs' RFRA and constitutional claims. ECF No. 14 at 2. To do so, the parties propose a stay of Plaintiffs' APA claims while the Court resolves the purely legal questions regarding Constitutional and RFRA claims. *Id.* at 2.

Noting the Motion is jointly made and finding good cause, the Court **GRANTS** the Motion. Accordingly, the Court **GRANTS** the stay of Plaintiffs' APA claims and **ENTERS** the following briefing format and schedule:

- **November 11, 2024**: Plaintiffs' combined motion for preliminary injunction and partial summary judgment.
- **December 4, 2024**: Defendants' combined response in opposition and reply in support for partial motion for summary judgment.
- **December 23, 2024**: Plaintiffs' combined response in opposition and reply in support for partial summary judgment.
- **January 15, 2025**:   Defendants' reply in support of their motion for partial summary judgment.

**SO ORDERED** on this **8th** day of **November, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE