**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| DR. JAMES DOBSON FAMILY INSTITUTE and USATRANSFORM d/b/a UNITED IN PURPOSE, | |
| Plaintiffs, | |
| v. | Case No. 4:24-cv-00986-O |
| XAVIER BECERRA, Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHARLOTTE BURROWS, Chair of the United States Equal Employment Opportunity Commission; and UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | |
| Defendants. | |

**DECLARATION OF JOE WARESAK**

I, Joe Waresak, declare under penalty of perjury as follows

1. The following statements are based on my personal knowledge, and if called to testify, I could swear thereto.

2. I am over 18 years of age and of sound mind.

3. I am a citizen of the United States.

4. I serve as President of the Dr. James Dobson Family Institute ("JDFI").

5. JDFI maintains a partially self-insured group plan for its employees, in which JDFI acts as its own insurer. JDFI has contracted with a stop-loss provider and a third-party administrator to service this plan.

EXHIBIT A

6.      The third-party administrator for JDFI's employee health plan participates on federal exchanges and, thus, receives funding from the U.S. Department of Health and Human Services.

Executed on the sixth day of November 2024.


_Joe Waresak_
Joe Waresak

EXHIBIT A